```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

MDT PERSONNEL, LLC,

    Plaintiff,

v.                          CASE NO:   8:10-cv-2545-T-33MAP

CAMOCO, LLC, et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff MDT Personnel's Motion for Preliminary Injunction (Doc. # 6). On December 8, 2010, the Honorable Mark A. Pizzo, United States Magistrate Judge, issued a Report and Recommendation (Doc. # 30), recommending that the motion be denied.

On December 22, 2010, Plaintiff filed its Written Objections to Magistrate's Report and Recommendation (Doc. # 36). On January 5, 2011, Defendants filed an Opposition to Plaintiff's Written Objections (Doc. # 39).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections,

there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. <u>See Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

Upon consideration of the Report and Recommendation of the Magistrate Judge, all objections thereto and responses to objections timely filed by the parties and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted and all objections overruled.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Pizzo's Report and Recommendation (Doc. # 30) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review. Plaintiff's objections are overruled.

(2) Plaintiff MDT Personnel's Motion for Preliminary Injunction (Doc. # 6) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 6th

day of January, 2011.

                                         VIRGINIA M. HERNANDEZ COVINGTON
                                         UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record