UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MDT PERSONNEL, LLC,

    Plaintiff,

v.       CASE NO:   8:10-cv-2545-T-33MAP

CAMOCO, LLC, et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Defendants' Motion to Strike Claim for Punitive Damages (Doc. # 32). Plaintiff filed a Response in opposition thereto (Doc. # 35).

Defendants argue that Plaintiff's request for punitive damages should be stricken because Plaintiff has failed to plead a short and plain statement of its entitlement to punitive damages pursuant to Rule 8(a), Fed. R. Civ. P., and because Plaintiff has not complied with Florida Statute § 768.72(1),[1] which requires an evidentiary basis for punitive damages to be established before a plaintiff can assert such

---

[1] Florida Statute § 768.72(1) provides: "In any civil action, no claim for punitive damages shall be permitted unless there is a reasonable showing by evidence in the record or proffered by the claimant which would provide a reasonable basis for recovery of such damages."

a claim.

The Eleventh Circuit has expressly rejected the argument that Rule 8(a)(2)'s "short and plain statement" requirement has any application to a request for punitive damages. <u>Cohen v. Office Depot, Inc.</u>, 184 F.3d 1292, 1297 (11th Cir. 1999)(holding "[i]t is clear, however, that a request for punitive damages is not a 'claim' within the meaning of Rule 8(a)(2); it is only part of the relief prayed for in a claim."). Accordingly, this basis for the motion is without merit.

Likewise, Defendants' second basis for their motion is without merit. Section 768.72 does not apply to Plaintiff's punitive damages because it conflicts with Federal Rule of Civil Procedure 8(a) and is inapplicable in federal diversity cases. <u>See</u> <u>Cohen</u>, 184 F.3d at 1299; <u>Vacation Break U.S.A., Inc. v. Marketing Response Group & Laser Co., Inc.</u>, 189 F.R.D. 474, 480 (M.D. Fla. 1999). As such, the Court finds that Defendants' motion is due to be denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants' Motion to Strike Claim for Punitive Damages (Doc. # 32) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>25th</u>

day of May, 2011.

                                  VIRGINIA M. HERNANDEZ COVINGTON
                                      UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record